NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

G. PERRY MASON, III, individually,           )
                                             )
          Appellant,                         )
                                             )
v.                                           )          Case No. 2D17-3263
                                             )
HARBOR COMMUNITY BANK, DAVID                 )
VELEY, individually, and JOHN SHOOP,         )
individually,                                )
                                             )
          Appellees.                         )
_____    )

Opinion filed October 3, 2018.

Appeal from the Circuit Court for
Highlands County; Michael E. Raiden
and Peter F. Estrada, Judges.

Robert A. Stok and Brian H. McGuire
of Stok Folk + Kon, Aventura, for
Appellant.

John Landkammer and John A. Anthony
of Anthony & Partners, LLC, Tampa, for
Appellees.


PER CURIAM.


          Affirmed.


NORTHCUTT, CASANUEVA, and ROTHSTEIN-YOUAKIM, JJ., Concur.